UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------X
Paris CPA Consulting, LLC,

       *Plaintiff*,    Case No.: 25-cv-01922

  - *against* -    **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Aprio Advisory Group, LLC

       *Defendant.*
---------------------------------------------------------------X

  Pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 7.1, Plaintiff Paris CPA Consulting, LLC (the "Plaintiff") hereby discloses that it has no parent corporation and that no publicly-held corporation owns a 10% or greater interest in Plaintiff.

Dated: New York, New York
    November 18, 2025

            By: /s/ Joshua D. Levin-Epstein
               Joshua D. Levin-Epstein, Esq.
               Levin Epstein & Associates, P.C.
               420 Lexington Avenue, Suite 2458
               New York, NY 10170
               Telephone: (212) 792-0046
               Email: joshua@levinepstein.com
               *Attorneys for Plaintiff*